1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7

\* \* \*

8

UNITED STATES OF AMERICA,

Case No. 2:13-cr-00121 -APG-GWF

9

Plaintiff,

**O R D E R**

10

v.

11

ALBERT ALFARO-IZA,

12

Defendant.

13
14

    **IT IS HEREBY ORDERED** that the US Department of Parole & Probation will

15

prepare a Pre-Plea Investigation Report of the Defendant Alberto Alfaro-Iza.  The scope

16

of the Report shall be limited to determining the Defendant's criminal history level. The

17

Report shall be made available to Defendant's counsel on or before August 4, 2013.

18

    Dated:  June 4, 2013.

19

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

20
21
22
23
24
25
26
27
28