# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTO ALFARO-IZA,<br><br>Defendant. | 2:13-cr-00121-JAD-GWF<br><br>**ORDER TO DISMISS INDICTMENT** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant ALBERTO ALFARO-IZA contained in the Superseding Indictment in case number 2: 13-CR-121-JAD-GWF.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the charges brought against defendant ALBERTO ALFARO-IZA contained in the  Superseding Indictment in case number 2: 13-CR-121-JAD-GWF without prejudice.

DATED this 23rd day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE

3